**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

May 10, 2013

**VIA ECF**

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** **Lowenbein v. Malen**
**12 CV 5444 (CBA) (VMS)**

Dear Magistrate Judge Scanlon:

I represent the plaintiff in the above referenced matter.  In furtherance of my conversation with Chambers, I write to memorialize that yesterday the parties settled the matter.  The docket reflects that the conference scheduled for Monday has already been adjourned.  Therefore, I am filing this document as simply a notice of settlement and not a motion.

Thank you for the Court's attention to the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Adam M. Hughes, Esq.