UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

........................................................

Dovi Lowenbein, *o/b/o himself and all other similarly situated consumers,*

        Plaintiff,

-against-

Malen & Associates, P.C.,,

        Defendant(s)

........................................................

ORDER OF DISCONTINUANCE

CV-12-5444 (CBA) (VMS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 14 2013 ★
BROOKLYN OFFICE

AMON, J.

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued without prejudice to the right to reopen the action in 45 days if the settlement is not consummated.

SO ORDERED.

Dated: Brooklyn, New York
      May 14, 2013

                                        s/Carol Bagley Amon
                                        Carol Bagley Amon
                                        Chief United States District Judge