**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 2 – 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DOVI LOWENBEIN

                  Plaintiff,

-against-

MALEN & ASSOCIATES, P.C.

                  Defendant.
----------------------------------------------------------X

Civil Action No.: 12-CV-5444 (CBA) (VMS)

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

Pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Dovi Lowenbein and defendant Malen & Associates, P.C., by their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, and without costs or fees to either party.

Dated: May 13, 20__

Adam J. Fishbein, Esq.
Attorney for Plaintiff
483 Chestnut Street
Cedarhurst, NY 11516
(516) 791-4400

MALEN & ASSOCIATES, P.C.

By: _____
Adam Hughes (AH-6072)
123 Frost Street, Suite 203
Westbury, NY 11590
Tel: (516) 479-5953
*Attorneys for Defendant*

SO ORDERED:

s/Carol Bagley Amon

U.S.D.J.

7/1/13